CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR
Sterling Savings Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re: ) Case No.: 12-53651 ASW
)
GALANTE, DENISE and THOMAS F., ) CHAPTER 13
)
Debtors. )
) **NOTICE OF APPEARANCE AND**
) **REQUEST FOR NOTICE**

    PLEASE TAKE NOTICE that Sterling Savings Bank, a creditor herein, by and through its attorney William J. Healy, Esq., appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, also be given to and served upon both of the following:

    William J. Healy, Esq.
    440 N. 1st St., #100
    San Jose, CA 95112
    Telephone: 408-295-9555/Facsimile: 408-295-6606
    Email: Whealy@campeaulaw.com

    Jana Urion, AVP
    Sterling Savings Bank
    111 N. Wall Street
    Spokane, WA 99201

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Case: 12-53651  Doc# 8  Filed: 05/17/12  Entered: 05/17/12 11:33:19  Page 1 of 2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code sections and rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, order, reply, answer, schedules of assets and liabilities and statement of financial affairs, operating report, plan of reorganization or liquidation, pleading or request filed in connection with the above-referenced case or any proceedings therein, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight express, electronic mail, hand deliver, telephone, telegraph, facsimile or otherwise.

This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any the rights of Fremont Bank, including the right (1) to have final orders in non-core matters entered only after de novo review by a United States District Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy or proceedings related to this case; (3) to move the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate.

Dated: May 17, 2012　　　　　　　　　　　　　　CAMPEAU GOODSELL SMITH
　　　　　　　　　　　　　　　　　　　　　　　/s/ William J. Healy
　　　　　　　　　　　　　　　　　　　　　　　William J. Healy