CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, Bar No. 146158
KARI S. BOWYER, Bar No.257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555

ATTORNEYS FOR
Sterling Savings Bank

UNITED STATES BANKRUPCTY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

GALANTE, THOMAS F. and DENISE,

    Debtors

)  CHAPTER 11
)
)  Case No: 12-53651 ASW
)

**OBJECTION TO CHAPTER 13 PLAN**

    Sterling Silver Bank ("Sterling"), a creditor in the above stated bankruptcy hereby objects to the Chapter 13 Plan filed by Chapter 13 debtors Thomas F. and Denise Galante (the "Debtors") on the following grounds:

1. The plan has not been proposed in good faith as required by 11 U.S.C. §1325(a)(3) inasmuch as:

    a. Debtors Chapter 13 Plan has been submitted for the purpose of hindering, defrauding or delaying their creditors. By way of example, Debtors hold a 50% interest in commercial real property, located at 291 Barnard Ave., San Jose, CA 95125 (the

"Property") and the other 50% of the Property is owned by Jack Galante and Donna Galante (Co-Debtors), Sterling holds a first mortgage on the Property in the amount of $1,493,623 and the Property has a FMV between $820,000 and $1,090,000. As of December 2011, Debtors owe $80,953 in mortgage arrears and as of May 2012 owe $19,855.67 in outstanding property taxes. Based on the outstanding amount owed, Sterling instigated a foreclose proceedings against the Property. Three days prior to the foreclosure sale Debtors and Co-Debtors both filed for bankruptcy protection, and both subsequently had their cases dismissed for failure to file the required documents.[1] Debtors then re-filed for bankruptcy protection on the continued sale date. Notably Co-Debtors have not filed. Sterling believes Debtors and Co-Debtors are attempting to stagger their bankruptcy filings to prevent Sterling from moving forward on its foreclosure sale delaying Sterling's ability to minimize its financial losses.

b. Debtors have failed to file schedules in their initial bankruptcy filing or in their subsequent bankruptcy case as of June 13, 2012.

c. Debtors' debt exceeds the limits of a Chapter 13 pursuant to 1307(c).

d. Debtors' plan fails to address, pre-petition arrears and outstanding property taxes.

2. The bankruptcy must be dismissed as Debtors debt exceeds the debt limitations of 1307(c).

3. Sterling reserves its right to supplement this objection once Debtors' schedules are filed.

Dated: June 15, 2012

Respectfully Submitted,

CAMPEAU GOODSELL SMITH

By:  /s/: *Kari S. Bowyer*
Kari Silva Bowyer
Sterling Savings Bank

---

[1] Both Filed in the Northern District of California on April 13, 2012 by attorney James Jingming Cai.. See Case No. 12-52773 and 12-52777.