

IT IS SO ORDERED.
Signed June 26, 2012

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, Bar No. 146158
KARI S. BOWYER, Bar No.257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555

ATTORNEYS FOR
Sterling Savings Bank

UNITED STATES BANKRUPCTY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

GALANTE, THOMAS F. and DENISE,

Debtors

CHAPTER 11

Case No: 12-53651 ASW

The matter of the Motion for Relief from Automatic Stay pursuant to 11 U.S.C. §362 (d)(1), (2)(A) and (B) (the "Motion") filed by Sterling Savings Bank, a successor in interest by merger to Sonoma National Bank ("Sterling"), came on for hearing before the Honorable Arthur Weissbrodt, United States Bankruptcy Judge of the above entitled court on June 20, 2012 at 2:30 pm. Sterling appeared by and through counsel of record, Kari Bowyer of Campeau Goodsell Smith. Debtors, Thomas and Denise Galante (the "Debtors") appeared by and through counsel Ray Hacke of Schein & Cai. Proper notice haven been given and after reviewing and considering the Motion and the statements and arguments of counsel to the parties appearing, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. Debtors must provide Sterling's counsel, the law offices of Campeau Goodsell Smith, with proof of insurance for 291 Barnard Ave., San Jose, CA 95125 (the "Property") within five (5) calendar days of 6/20/12;

2. The Debtors must keep all contractual post-petition payments (presently $8,221.03) current and such payments are to be paid and received by the 1st of each month by cashier's check made payable to Sterling Savings Bank and addressed to Patricia A. Kearns, Loss Mitigation Manager, Sterling Bank/Asset Management Department/955 111 North Wall Street, Spokane, WA 99201;

    a. Debtors have 30 calendar days (from 6/20/12) to bring the missed post-petition contractual payment of $8,221.03 current and such payment is to be to be paid and received by July 20, 2012 by cashier's check made payable to Sterling Savings bank and address to Patricia A. Kearns, Vice President, Loss Mitigation Manager, Sterling Bank/Asset Management Department/955 111 North Wall Street, Spokane, WA 99201.

3. Debtors must keep current on post-petition property taxes;

4. Debtors may not use Sterling's cash collateral, including rent from Galante Brothers General Engineering, Inc., without further order from the court or pursuant to a stipulation with Sterling approved by the court and;

5. If Debtors fail to meet the following requirements then the Motion for Relief From Stay may be restored on a fifteen (15) days' notice by either party;

6. Absent a further order from this court, this order continues notwithstanding conversion or dismissal of the case or appointment of a trustee; and the 14 days' stay of Bankruptcy Rule 4001(a)(3) is waived;

7. This order shall be without prejudice to Sterling asserting other rights and remedies.

***END OF ORDER***

APPROVED AS TO FORM

Schein & Cai

_____
By: Ray Hacke
Attorneys For Mr & Mrs. Galante
Dated: June __, 2012

COURT SERVICE LIST

None

4
ORDER ON MOTION FOR RELIEF FROM STAY