```
1  CAMPEAU GOODSELL SMITH, L.C.
   WILLIAM J. HEALY, #146158
2  440 N. 1st Street, Suite 100
   San Jose, California   95112
3  Telephone:  (408) 295-9555
   Facsimile:  (408) 295-6606
4
   ATTORNEYS FOR
5  Sterling Savings Bank
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | ) | Case No.: 12-53651 ASW |
|---|---|---|
| GALANTE, DENISE and THOMAS F., | ) | CHAPTER 13 |
| Debtors. | ) | **ERRATA TO STERLING SAVINGS BANK'S OPPOSITION TO DEBTORS' MOTION FOR ORDER (I) VACATING ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND (II) SETTING ASIDE FORECLOSURE SALE OF REAL PROPERTY** |
| | ) | Date: October 1, 2012<br>Time: 2:30 p.m.<br>Location:<br>  United States Bankruptcy Court<br>  280 South 1st St.<br>  San Jose, CA 95113<br>Judge: Honorable Arthur S. Weissbrodt |

COMES NOW, Sterling Savings Bank, as successor in interest by merger to Sonoma National Bank ("Sterling") and submits this Errata to Sterling Savings Bank's Opposition to Debtors' Motion for Order (I) Vacating Order Granting Relief from Automatic Stay and (II) Setting Aside Foreclosure Sale of Real Property in opposition to Thomas and Denise Galante's ("Debtors") motion

**ERRATA TO STERLING SAVINGS BANK'S OPPOSITION TO DEBTORS' MOTION FOR ORDER (I) VACATING ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND (II) SETTING ASIDE FORECLOSURE SALE OF REAL PROPERTY**

for order (I) vacating order granting relief from automatic stay and (II) setting aside foreclosure sale of real property ("Motion") (Docket#74 filed 9/17/12) as follows:

1. Page 7, line 14: a Footnote was omitted from the end of the sentence which stated "Sterling notes that a single court in the Southern District of California previously expressed its opinion on the differing interpretations of 11 U.S.C. 362 (See In re Alvarez, 432 B.R. 839 (2010)) and this opinion was previously cited by this court in the matter of In re Munoz, Case No.: 10-52862, AP Case No.: 10-05119, 2010 Bankr.LEXIS 4514)."

Dated: September 25, 2012               CAMPEAU GOODSELL SMITH
                                        /s/ William J. Healy
                                        William J. Healy

**ERRATA TO STERLING SAVINGS BANK'S OPPOSITION TO DEBTORS' MOTION FOR ORDER (I) VACATING ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND (II) SETTING ASIDE FORECLOSURE SALE OF REAL PROPERTY**
2

Case: 12-53651   Doc# 86   Filed: 09/25/12   Entered: 09/25/12 13:41:38   Page 2 of 2